# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Michael Taylor,

    Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                              3:12cv450 / 3:05cr210

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/16/12 Order.

Signed: October 16, 2012

Frank G. Johns, Clerk
United States District Court